# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**EDWINA VONKEISLER and ELIZABETH DUPREE**           **PLAINTIFFS**

**V.**           **CIVIL ACTION NO.1:06CV066 LTS-RHW**

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**           **DEFENDANT**

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That Defendant Nationwide Mutual Fire Insurance Company's motion for summary judgment [8] is hereby **DENIED**.

**SO ORDERED** this 24th day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge